

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-26-2014

# Arlington Ghee v. Marten Transport, LTD

Precedential or Non-Precedential: Non-Precedential

Docket No. 13-3922

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"Arlington Ghee v. Marten Transport, LTD" (2014). *2014 Decisions*. Paper 628.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/628

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3922
_____

ARLINGTON G. GHEE;
LAYVONE GHEE, his wife

v.

MARTEN TRANSPORT, LTD; RANDY J. BEE,
JOHN DOE 1-10, ABC, INC., 1-10

Marten Transport, LTD; Randy J. Bee,
                                        Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 3-11-cv-03718)
District Judge: Hon. Freda L. Wolfson
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
June 10, 2014

BEFORE: FISHER, COWEN AND TASHIMA*, Circuit Judges

_____

ORDER AMENDING OPINION
_____

_____
*Hon. A. Wallace Tashima, Senior United States Circuit Judge, United States Court of
Appeals for the Ninth Circuit, sitting by designation.

At the direction of the Court, it is O R D E R E D that the Opinion entered June 25, 2014

is amended to remove a repeated line on page 2, note 2 which reads "[2] Ghee's wife

raised a derivative claim for loss of consortium. But it appears that."

For the Court,

s/ Marcia A. Waldron
   Clerk

Dated: June 26, 2014